■ In the Matter of HENRY NEUSSE, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— Motion to dismiss appeal granted by default, without costs, and appeal dismissed. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ ALEX LEVINE, as Administrator of the Estate of ROSE LEVINE, Deceased, et al., Plaintiffs, v. CITY OF NEW YORK, Respondent, and MUNICIPAL HALL, INC., Appellant, et al., Defendant.— Motions for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ DONALD NADEL, Appellant, v. HILLY-BROOK HOLDING CORP., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [See ante, p. 683.]

■ ABRAHAM NAPHTALI, Appellant, v. BLANCHE NAPHTALI, Respondent, et al., Defendant.— Motion for leave to appeal as a poor person denied, without costs. Motion to dispense with printing granted to the extent that the printing of the exhibits be dispensed with; the originals thereof to be handed up on the argument or submission of the appeal. In other respects, the motion is denied, without costs. Motion to extend time granted on condition that appellant perfect the appeal for the November Term, beginning Monday, October 29 (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with $10 costs. Motion for a stay granted on condition that appellant continue to pay the $35 a week awarded for support of the infant and that payment of the $10 a week awarded for support of the wife be suspended pending the determination of the appeal herein. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM BREMMER, Also Known as WILLIAM LANG, Appellant.— Motion for leave to appeal as a poor person and for assignment of counsel denied. Motion to enlarge time granted; appellant to perfect the appeal for the November Term, beginning Monday, October 29, 1956; appeal ordered to be placed on the calendar for Monday, November 5, 1956. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OSCAR DILLARD, Appellant.— Motion to compel the clerk of the County Court, Kings County, to furnish appellant with a copy of the Grand Jury minutes, and for other relief, denied. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT W. FORRESTER, Appellant.— Pursuant to stipulation, time enlarged to the October Term. Appeal ordered to be placed on the calendar for Monday, October 8, 1956. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. JOHN MC-KNIGHT, Defendant.— Application for writ of habeas corpus and for other relief denied. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OSCAR EARL MCLAMB, Appellant.— Motion for leave to appeal as a poor person granted to the extent of permitting appellant to prosecute the appeal on five typewritten copies of the record and on a typewritten brief. Appellant is directed to file five typewritten copies of his brief and to serve one copy thereof on the district attorney. The typewritten brief shall be double spaced and each page shall contain not more than three folios. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.